UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>ADEDAYO JOHN,<br><br>                    Defendant. | No. 21-CR-609 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Defendant Adedayo John's motion to amend the conditions of his release [dkt. no. 110].  The Court approves the modification of his release, so that Mr. John may travel to the District of New Jersey for employment purposes located at 170 Littleton Avenue, Newark, New Jersey 07103.  GPS monitoring shall continue as instructed by Pretrial Services.

**SO ORDERED.**

Dated:    January 24, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge