UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>ADEDAYO JOHN,<br><br>    Defendant. | No. 21-CR-609 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  Before the Court is Defendant Adedayo John's motion to amend his conditions of release. (See dkt. no. 140.) The Government responded to clarify its position with respect to Defendant's motion. (See dkt. no. 142.) Permission to travel among the Southern District of New York, the Eastern District of New York, and the District of New Jersey for employment purposes is granted. Defendant's location monitoring shall continue without change.

**SO ORDERED.**

Dated:  May 27, 2022
     New York, New York

               *Loretta A. Preska*
               LORETTA A. PRESKA
               Senior United States District Judge