**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 17, 2023

**By ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Adedayo John,
                S1 21 Cr. 609 (LAP)

Dear Judge Preska:

      The Government respectfully submits this letter motion to request that the Court accept defendant Adedayo John's guilty plea allocution, made before Magistrate Judge Stewart D. Aaron on February 13, 2023. The transcript of that proceeding and the text of a proposed order are appended hereto. The Government is also submitting a preliminary order of forfeiture that was signed by both parties pursuant to the parties' plea agreement.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney for the
                            Southern District of New York

                          By:_____/s/_____
                              Kaylan E. Lasky
                              Matthew Weinberg
                              Assistant United States Attorneys
                              (212) 637-2315 / 2386

cc: Counsel of Record (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :     **[PROPOSED] ORDER**
                                    :
ADEDAYO JOHN,                       :
                                    :     S1 21 Cr. 609(LAP)
        Defendant.                  :
                                    :
------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Stewart D. Aaron on February 13, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         February __, 2023


                                    _____
                                    THE HONORABLE LORETTA A. PRESKA
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK

Case 1:21-cr-00609-LAP Document 256 Filed 02/21/23 Page 1 of 2

N2DZZJOHP-DC_corrected

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                          21 Cr. 609 (SDA)

ADEDAYO JOHN,
                                        Plea
            Defendant.

------------------------------x
                                        New York, N.Y.
                                        February 13, 2023
                                        12:05 p.m.

Before:

            HON. STEWART D. AARON,

                                        U.S. Magistrate Judge

                      APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
MATTHEW WEINBERG
     Assistant United States Attorney

MURDOCH WALKER II
     Attorney for Defendant
```

*The plea is accepted.*

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/21/23

```
 1              (Case called; appearances noted)
 2              THE COURT:  All right.  Good afternoon.
 3              Mr. John, I am Magistrate Judge Aaron.  I have before
 4    me a document entitled "Consent to Proceed Before a United
 5    States Magistrate Judge on a Felony Plea Allocation."
 6              Am I correct that you signed this document?
 7              THE DEFENDANT:  Yes, sir.
 8              THE COURT:  All right.  The form says you know you
 9    have the right to have your plea taken by a United States
10    district judge, but you are agreeing to have your plea taken by
11    me, a United States magistrate judge.  As a magistrate judge, I
12    have the authority to take your plea with your consent, and you
13    will still be entitled to all the same rights and protections
14    as if you were before a district judge.  Among other things, if
15    are you found guilty, you will be sentenced by a district
16    judge.
17              Did you sign this consent form voluntarily?
18              THE DEFENDANT:  Yes.
19              THE COURT:  And before you signed, did your lawyer
20    explain it to you?
21              THE DEFENDANT:  Yes, your Honor.
22              THE COURT:  And do you wish to proceed with your plea
23    before me, a United States magistrate judge?
24              THE DEFENDANT:  Yes, your Honor.
25              THE COURT:  All right.  So I'm going to accept the
```