```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| UNITED STATES, | |
|---|---|
| Plaintiff, | |
| -against- | No. 21-CR-609 (LAP) |
| ADEDAYO JOHN, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court are Mr. John's request to withdraw his guilty plea (dkt. no. 266), counsel Lowther Walker's request to withdraw as attorneys of record for Mr. John (dkt. no. 270), and the Government's request for a conference to address Mr. John's representation (dkt. no. 271). The Government, Lowther Walker, Mr. John, and CJA counsel on duty shall appear for a telephone conference on March 2, 2023, at 10:00 AM. The dial-in for the conference is (877) 402-9753, access code: 6545179. Briefing on Mr. John's motion to withdraw his plea is held in abeyance pending determination of the counsel issue.

**SO ORDERED.**

Dated:   February 28, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge