IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,          :
                                   :
                                   :
         v.                        :    Case No. 1:21-cr-00609
                                   :
                                   :
ADEDAYO JOHN,                      :

DEFENDANT ADEDAYO JOHN'S EMERGENCY MOTION
FOR EXTENSION OF TIME TO RETAIN NEW COUNSEL

To The Honorable Judge Of Said Court:

ADEDAYO JOHN, pro se, defendant, in the above styled and numbered cause hereby moves this Honorable Court to extend the time within which he must retain new counsel to reprent him in this case by ten(10) days, or until Monday, 27th of March, 2023; and he avers in support thereof:

I am proceeding in this matter pro se, I am untrained in law and legal proceedings; however, I pled guilty as charged on misadvice of counsel. I seek additional time to find and retain competent counsel to defend my Motion to Withdraw and try my case.

This is my first request for extension of time and the Gov't will not be prejudiced should the Court grant this motion. This motion is not made for purposes of delay or dilatory tactics. It is made in the best interest of justice and finality to this matter. I am diligently pursuing new counsel who will competently defend me in this case and additional time is required to retain such counsel.

WHEREFORE, premises considered, it is respectfully requested that the Court Grant this motion and extend the time within which I must retain new counsel to Monday, 27th of March, 2023.

Respectfully submitted,

Adedayo John

*[Handwritten order:]* Mr. John's time to retain new counsel is extended to March 27, 2023. The March 16 conference is adjourned to March 27 at 11:00.
3/15/23

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion For Extention of Time was served on counsel by depositing into the mail, first class postage-prepaid, said copy to:

Kaylan E. Lasky, Esq.,
Assistant U.S. Attorney
1 St. Andrews Plaza
New York, N.Y. 10007

Signed this 9th day of March, 2023

*Adedayo John*



Amin A. Rashid # 30591-066
FORT DIX SATELLITE CAMP
P.O. BOX 2000
Joint Base MDL, N.J. 08640

Clerk,
UNITED STATES DISTRICT COURT
500 Pearl Street, Room 120
New York, N.Y. 10007

RECEIVED MAR 13 2023 CLERK'S OFFICE S.D.N.Y.