UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>ADEDAYO JOHN,<br><br>　　　　　　　Defendant. | No. 21-CR-609 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The conference scheduled for March 27, 2023, at 11:00 AM shall proceed by telephone. The dial-in for the conference is (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:　　March 24, 2023
　　　　　New York, New York

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　Senior United States District Judge