# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

May 22, 2023

Hon. Loretta A. Preska
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *USA v. Adedayo John,* Case No. 1:21-cr-00609-LAP-1
          Request for Adjournment

Dear Judge Preska,

    I am requesting an adjournment of the May 23, 2023 conference in the above case. The government has not yet responded to our May 2, 2023 motion to withdraw the guilty plea and defendant's prior counsel has been given until May 26 to submit their affidavit. Any additional response by the government is to be filed within seven days of the receipt of Mr. Walker's affidavit. The defendant has seven days from the time of the government's response to reply. Therefore, I request <u>adjournment until June 14, 11:00 AM</u>. The government consents to this date.

    Thank you for your time and consideration in this matter.

           Respectfully submitted,

SO ORDERED.

*[signature: Loretta A. Preska]*
5/22/23

*[signature: Jeff Chabrowe]*
**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Adedayo John***