UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

                          Plaintiff,

    -against-

ADEDAYO JOHN,

                          Defendant.

No. 21-CR-609 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties and Mr. Walker shall appear by telephone for a
conference on June 15, 2023, at 1:30 PM. Dial-in: (877) 402-
9753, access code: 6545179.


**SO ORDERED.**

Dated:     June 14, 2023
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge