UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>-against-<br><br>ADEDAYO JOHN,<br><br>                    Defendant. | No. 21-CR-609 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Counsel, Mr. John, and Mr. Walker shall appear for a conference on July 17, 2023, at 10:00 AM in Courtroom 12A.

**SO ORDERED.**

Dated:     June 15, 2023
            New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge