UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

            Plaintiff,

-against-

ADEDAYO JOHN,

            Defendant.

No. 21-CR-609 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed the parties' letters dated July 6 and 7, 2023. (Dkt. nos. 363, 366.) Mr. John and Mr. Walker shall each file an additional declaration addressing (1) what, if anything, was discussed between the defendant and former counsel after the defendant's February 19 email about the defendant's deadline for withdrawing the guilty plea, and (2) whether the defendant waited until February 21, 2023, to file the Pro Se Motion in reliance on the mistaken assumption that he had 10 days to determine whether to withdraw the plea. Mr. John and Mr. Walker shall submit their declarations no later than July 14, 2023.

    At the hearing scheduled for July 17, 2023, the Court expects to take additional testimony regarding these issues. As such, Mr. John, Mr. Walker, and any other relevant witnesses should be present in the courtroom and prepared to testify.

**SO ORDERED.**

Dated:   July 11, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge