UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

                Plaintiff,

-against-

ADEDAYO JOHN,

                Defendant.

No. 21-CR-609 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed the Government's letter dated July 15, 2023. (Dkt. no. 375.) The hearing scheduled for July 17, 2023, shall be converted into a status conference and shall proceed at 10:15 AM in Courtroom 12A. Mr. Walker is excused from attending the conference.

**SO ORDERED.**

Dated:    July 17, 2023
            New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge