```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>-against-<br><br>ADEDAYO JOHN,<br><br>                    Defendant. | No. 21-CR-609 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The hearing scheduled for 2:00 p.m. on January 4, 2024, in Courtroom 12A is hereby rescheduled to 3:00 p.m. on January 4, 2024, in Courtroom 12A.

**SO ORDERED.**

Dated:    January 3, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge