# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

February 21, 2024

Hon. Loretta A. Preska
United States District Court
Southern District of New York
40 Foley Sq
New York, NY 10013

    Re:    *U.S. v. Adedayo John,* Case No. 1:21-cr-00609-LAP-1
              Request for Defendant to Move and Transfer Supervision

Dear Judge Preska:

    I am requesting that the above defendant be permitted to move to Katy, TX on March 1, 2024. Mr. John pleaded guilty on January 4 and will be sentenced on April 10. Mr. John's girlfriend and their three young children moved to Texas in 2023 due to increased costs of living and childcare in New York. This court permitted Mr. John to assist with that move. We request that he now be permitted to spend the remaining time before the commencement of his sentence in Katy, TX with his loved ones.

    Pretrial services does not object to this request and is prepared to undertake the transfer of Mr. John's supervision to the Southern District of Texas should this request be granted. The government defers to pretrial services.

    Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

JEFFREY CHABROWE, ESQ.
LAW OFFICES OF JEFFREY CHABROWE
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Adedayo John***

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/22/24