# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

June 21, 2024

Hon. Loretta A. Preska
United States District Court
  Southern District of New York
40 Foley Sq
New York, NY 10007

Re:  *U.S. v. Adedayo John,* Case No. 1:21-cr-00609-LAP-1
     Letter Motion to Permit Defendant to Travel to Sentencing

Dear Judge Preska:

  I am requesting that Defendant Adedayo John in the above case be permitted to travel from his home in Texas to his sentencing in the Southern District of New York on June 25.

  Thank you for your time and consideration in this matter.

                                      Respectfully submitted,

                                      */s/ Jeff Chabrowe*

                                      JEFFREY CHABROWE, ESQ.
                                      LAW OFFICES OF JEFFREY CHABROWE
                                      521 Fifth Avenue, 17th Floor
                                      New York, NY 10175
                                      (917) 529-3921
                                      jeff@chabrowe.com
                                      ***Counsel for Defendant Adedayo John***

```
Defendant's request is granted.  Defendant shall be
permitted to travel to the Southern District of New York
for sentencing in the above-captioned case on June 25,
2024.  The Clerk of the Court shall close docket entry 475.

SO ORDERED.

Dated:  June 21, 2024
                                          /s/ Loretta A. Preska
                                    _____
                                      LORETTA A. PRESKA, U.S.D.J.
```