UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ~~Proposed~~ Order of Restitution |
| v. | S1 21 Cr. 609 (LAP) |
| ADEDAYO JOHN, OLUWADAMILOLA AKINPELU, KAZEEM RAHEEM, MORAKINYO GBEYIDE, WARRIS ADENUGA,  a/k/a "Blue," SMART AGUNBIADE, LATEEF GOLOBA, SAMSONDEEN GOLOBA, OLAWOYIN PETER OLAREWAJU, EMMANUEL ORONSAYE-AJAYI ARAMIWALE SHITTU,  a/k/a "Bone," | |
| Defendants. | |

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Kaylan E. Lasky and Matthew Weinberg, Assistant United States Attorneys, of counsel; the presentence reports; the defendants' convictions in this case; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.**

Defendants ADEDAYO JOHN, OLUWADAMILOLA AKINPELU, KAZEEM RAHEEM, MORAKINYO GBEYIDE, WARRIS ADENUGA, a/k/a "Blue," SMART AGUNBIADE, LATEEF GOLOBA, SAMSONDEEN GOLOBA, OLAWOYIN PETER OLAREWAJU, EMMANUEL ORONSAYE-AJAYI, and ARAMIWALE SHITTU, a/k/a "Bone," shall pay restitution in the total amount of $8,595,663.22, pursuant to 18 U.S.C. § 3663A,

2023.2.16

to the victims of the offenses of which the defendants have been convicted in this case, in the apportioned amounts set forth below. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto to Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A. Joint and Several Liability

Restitution is joint and several with the following defendants in 21 Cr. 609 (LAP): ADEDAYO JOHN, OLUWADAMILOLA AKINPELU, KAZEEM RAHEEM, MORAKINYO GBEYIDE, WARRIS ADENUGA, a/k/a "Blue," LATEEF GOLOBA, SAMSONDEEN GOLOBA, OLAWOYIN PETER OLAREWAJU, EMMANUEL ORONSAYE-AJAYI, and ARAMIWALE SHITTU, a/k/a "Bone." shall be joint and several with each other and that of any other defendant ordered to make restitution for the offenses in this matter under 21 Cr. 609 (LAP). Each defendant's liability for restitution shall continue unabated until either the defendant has paid the apportioned amount set forth below, or every victim has been paid the total amount of loss from all the restitution paid by the defendants in this matter.

| Defendant | Apportioned Amount of Restitution |
|---|---|
| ADEDAYO JOHN | $1,561,562.95 |
| OLUWADAMILOLA AKINPELU | $1,465,020.01 |
| KAZEEM RAHEEM | $299,000.00 |
| MORAKINYO GBEYIDE | $256,820.00 |
| WARRIS ADENUGA, a/k/a "Blue" | $276,704.47 |
| SMART AGUNBIADE | $391,704.47 |
| LATEEF GOLOBA | $607,202.86 |
| SAMSONDEEN GOLOBA | $859,070.98 |
| OLAWOYIN PETER OLAREWAJU | $329,950.00 |
| EMMANUEL ORONSAYE-AJAYI | $1,918,333.99 |
| ARAMIWALE SHITTU, a/k/a "Bone" | $123,500.00 |

### B. Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendants, including whether any of these assets are jointly controlled; projected earnings and other income of the defendants; and any financial obligations of the defendants; including obligations to dependents, the defendants shall pay restitution in the manner and according to the schedule that follows: In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. §§ 3572(d)(1) and (2). While serving the term of imprisonment, the defendants shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in installments of at least 15 percent of the defendant's gross income on the first of each month.

3. **Payment Instructions**

The defendants shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money

orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendants shall write his or her name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendants shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of a defendants name, residence, or mailing address or (2) any material change in a defendant's financial resources that affects that defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendants' release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of a defendant, that defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing.**

Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto as Schedule A shall be filed under seal, except that copies may be retained and used by or disclosed

4

to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

July 1, 2024

*Loretta A. Preska*

HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

# Schedule A Under Seal