```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>-against-<br><br>ADEDAYO JOHN,<br><br>                Defendant. | No. 21-CR-609 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Adedayo John's consent letter motion to adjourn his surrender date. (See dkt. no. 509.) The Court grants Mr. John's requested adjournment. Mr. John shall surrender to Bureau of Prison's ("BOP") custody no later than November 1, 2024. The Court reiterates that on July 23, 2024, it recommended that the BOP designate Mr. John to a facility in New Jersey.

    The Clerk of the Court is respectfully directed to close docket entry numbers 501 and 487.

**SO ORDERED.**

Dated:    September 24, 2024
            New York, New York

                                          */s/ Loretta A. Preska*
                                          LORETTA A. PRESKA
                                          Senior United States District Judge