UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

                Plaintiff,

-against-

ADEDAYO JOHN,

                Defendant.

No. 21-CR-609 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Adedayo John's consent letter motion to continue his surrender date and two supplemental letters. (See dkt. nos. 516, 517, 518.) The Court grants Mr. John's request to continue his surrender date. Mr. John shall surrender to the Bureau of Prison's ("BOP") custody no later than December 6, 2024. The Court again reiterates that it recommended the BOP designate Mr. John to a facility in New Jersey. (See dkt. nos. 491, 510.)

The Clerk of the Court is respectfully directed to close docket entry numbers 516, 517, and 518.

**SO ORDERED.**

Dated:    October 29, 2024
            New York, New York

                                            */s/ Loretta A. Preska*
                                            LORETTA A. PRESKA
                                            Senior United States District Judge