UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>-against-<br><br>ADEDAYO JOHN,<br><br>             Defendant. | No. 21-CR-609 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Adedayo John's consent letter motion to continue his surrender date. (See dkt. no. 520.) The Court grants Mr. John's request to continue his surrender date. Mr. John shall surrender to the Bureau of Prison's ("BOP") custody no later than January 3, 2025.

The Clerk of the Court is respectfully directed to close docket entry number 520.

**SO ORDERED.**

Dated:   December 3, 2024
         New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge

1