# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY  10175 | Tel. 917.529.3921| F 914.462.3637

January 2, 2025

**BY EMAIL – REQUEST EXPEDITED RESPONSE**

Hon. Loretta A. Preska
United States District Court
 Southern District of New York
40 Foley Sq
New York, NY 10007

Re:  *U.S. v. Adedayo John*, Case No. 1:21-cr-00609-LAP-1
Letter Motion to Permit Removal of Defendant Ankle Bracelet

Dear Judge Preska:

My client, Mr. Adedayo John, is due to self-surrender tomorrow in Louisiana. He is at this moment in Texas and is supervised by Texas Pre-Trial Services.  Under his terms of pre-trial release, he wears an ankle bracelet. Texas Pre-Trial Services wants to be able to remove his ankle bracelet before Mr. John self-surrenders, but they need a court order to do so.  Texas Pre-Trial Services advises it would be an order permitting removal of the ankle bracelet within 24 hours of self-surrender. They further advise they have been trying to obtain an order for the last several months but have been unable to obtain it. They hope to retrieve the bracelet as the items are quite expensive; if the BoP facility removes it, it will simply be thrown away at taxpayer expense.

Based on the above, Mr. John requests an immediate order permitting removal of his ankle bracelet within 24 hours of self-surrender.  Thank you.

Sincerely,

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
*Counsel for Adedayo John*

cc:  Matthew Weinberg, Esq.
Christopher Noe (Texas Pre-Trial Services, Christian_noe@txsp.uscourts.gov)

```
Mr. John's request is GRANTED.  The
Court hereby orders that Mr. John
be permitted to remove his ankle
bracelet within 24 hours of his
self-surrender.  The Court of the
Court shall mark docket entry
number 523 as closed.
SO ORDERED.
```

```
Dated: January 2, 2025
```

*Loretta A. Preska*
```
_____
       LORETTA A. PRESKA, U.S.D.J.
```