UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

ADEDAYO JOHN,

        Defendant.

No. 21-CR-609 (LAP)
No. 25-CV-5568 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's pro se motion seeking a sentence reduction (dkt. no. 540) and his pro se motion brought under 28 U.S.C. § 2255 (dkt. no. 541).  The Government shall respond to both of Defendants motions no later than September 19, 2025.  Defendant may submit any reply no later than October 17, 2025.

**SO ORDERED.**

Dated:    August 12, 2025
             New York, New York

                              _Loretta A. Preska_
                              LORETTA A. PRESKA
                              Senior United States District Judge

1