UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
    Plaintiff

— against —

ADEDAYO JOHN
    Defendant

No. 21-CR-609
No. 21-CV-5568

## EXTENSION OF TIME

Now in Court, the defendant Adedayo John, in Prose capacity humbly, and respectfully requesting leave of Court to respond to the Government opposition to defendants motions for sentencing reduction (dkt. no 540), and his prose motion brought under 28 U.S.C. 2255 (dkt. no. 541). Additionally, the defendant requests an extension of time.

## REASON TO GRANT MOTION

On August 12, 2025, the Clerk of Court mailed out the order of this Honorable Court, to the

(1)

defendant at FCI Fort Dix, stating that the Court was in reciept of defendants two motions dkt 540, and 541. Furthermore, that the Government shall respond to both of defendants motions no later than September 19, 2025, and that defendant may submit any reply no later than October 17, 2025. See EXHIBIT A. The Government did not respond to the motions on September 19. Moreover, when they did respond In October 2025, the Government did not serve the (Party defendant) with it's opposition, and the Court did not send any notice that an opposition to the motions were filed as required by local Rules 10.1. Section II. Commencement of action; service of process, pleadings, motions and orders 5.1 Service and filing of papers states (a)...

> "All pleading and other papers shall be served and Filed in accordance with the Federal rules of Civil Procedure and shall be in the form prescribed by L.R. 10.1. The Party of It's designee shall decree by affidavit or certification, that it has provided all other parties in the action with all documents it has filed within the Court."

The defendant submits that the Government did not follow local Rule 10.1, and defendant was unaware

(2)

that they responded.

SECOND

The defendant submits that this Honorable Court should take his incarceration, and Prose status into consideration in allowing this extension of time to file his response. The defendant does not have unlimited means to keep track of the Dkts or the Governments filing, and has reasonably depended on notice from the Court, in addition to a reasonable expectation that he would be served with any updates pertaining to his case. Furthermore, notice from the Clerks letter dated August 12, 2025 stated that the government would respond by September 19 2025 in which the government did not respond by that date, further burdening the incarcerated Prose defendant with keeping track of the Governments filings. In light of HAINES V KERNER, 404 U.S. 519, 520, 92, S. ct. 594, 30 L. Ed. 2d 652 (1972) this Honorable Court should protect the Prose litigant from inadvertently forfeiting any Rights.

## CONCLUSION

The defendant prays this Honorable Court grant the relief sought and allows him to respond to the Governments opposition brief. Defendant prays he is not held to the same strenuous standards as a practiced attorney of the BAR.

I SWEAR UNDER PAINES OF PERJURY THAT EVERYTHING STATED IN THIS MOTION IS TRUE

ADEDAYO JOHN
FCI FORT DIX P.O. BOX 2000
Joint Base, MDL, New Jersey

x _____
12-14-2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

ADEDAYO JOHN,

                Defendant.

No. 21-CR-609 (LAP)
No. 25-CV-5568 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's *pro se* motion seeking a sentence reduction (dkt. no. 540) and his *pro se* motion brought under 28 U.S.C. § 2255 (dkt. no. 541). The Government shall respond to both of Defendants motions no later than September 19, 2025. Defendant may submit any reply no later than October 17, 2025.

**SO ORDERED.**

Dated:    August 12, 2025
            New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge

1

